# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

ROGER FARLEY             )
                               )
v.                           )   No. 1:12-00179
                               )   JUDGE CAMPBELL
UNITED STATES OF AMERICA   )

## ORDER

      Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or

Correct Sentence By A Person In Federal Custody (Docket No. 1), filed by the

Movant/Petitioner, <u>pro</u> <u>se</u>.  The Court has conducted a preliminary review of the Motion and

finds that the Petitioner has stated at least one colorable claim for relief. Rule 4, Rules Governing

§ 2255 Cases.  Accordingly, the Respondent shall file an answer, plead or otherwise respond to

the Motion in conformance with Rule 5 of the Rules Governing § 2255 Cases within thirty (30)

days of the date of entry of this Order on the docket.

      It is so ORDERED.


                                    _Todd Campbell_
                                    TODD J. CAMPBELL
                                    UNITED STATES DISTRICT JUDGE