IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ROGER FARLEY            )
                        )
v.                      )   No. 1:12-00179
                        )   JUDGE CAMPBELL
UNITED STATES OF AMERICA)

ORDER

Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (Docket No. 1), filed by the Movant/Petitioner, pro se. The Court has conducted a preliminary review of the Motion and finds that the Petitioner has stated at least one colorable claim for relief. Rule 4, Rules Governing § 2255 Cases. Accordingly, the Respondent shall file an answer, plead or otherwise respond to the Motion in conformance with Rule 5 of the Rules Governing § 2255 Cases within thirty (30) days of the date of entry of this Order on the docket.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE