UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROGER FARLEY | ) | |
| | ) | |
| v. | ) | No. 1:12-00179 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court is the Government's Motion To Dismiss For Lack Of Jurisdiction (Docket No. 7). The Petitioner shall file a response to the Motion on or before January 14, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE